UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN LYNN PETERSON,<br><br>   Plaintiff,<br><br>   v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>   Defendant. | No.  2:14-cv-2753-KJN<br><br><br>ORDER |

Presently pending before the court is plaintiff's motion for leave to proceed without the prepayment of fees and costs, also referred to as *in forma pauperis*, pursuant to 28 U.S.C. § 1915.[1]  (ECF No. 2.)  However, the filing on the docket labeled as a motion to proceed *in forma pauperis* is actually an assignment of Equal Access to Justice Act fees, and is duplicative of another such filing on the docket.  (Compare ECF Nos. 2 and 3.)  As such, the court's record does not contain any financial information supporting the motion to proceed *in forma pauperis*.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to proceed *in forma pauperis* (ECF No. 2) is denied without prejudice as unsupported.

---

[1] This case was referred to the undersigned pursuant to E.D. Cal. L.R. 302(c)(15).

1

2. Within 28 days of this order, plaintiff shall either submit a properly-supported motion to proceed *in forma pauperis* or pay the applicable filing fee.

IT IS SO ORDERED.

Dated: January 27, 2015

*[signature]*

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE