BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL CSBN 230138
Acting Regional Chief Counsel, Region IX
Social Security Administration
ANN L. MALEY CSBN 176877
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8974
    Facsimile: (415) 744-0134
    E-Mail: ann.maley@ssa.gov

Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| SUSAN LYNN PETERSON,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:14-cv-02753-KJN<br><br>ORDER RE STIPULATION TO EXTEND BRIEFING SCHEDULE |

Based upon the parties' Stipulation to Extend Briefing Schedule, **IT IS ORDERED** that Defendant shall have until September 10, 2015, to file her Opposition to Plaintiff Motion for Summary Judgment. All other deadlines are extended accordingly.

Dated: September 1, 2015

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE